14125.00457-HAF
MARSHALL, DENNEHEY, WARNER,
    COLEMAN & GOGGIN
425 EAGLE ROCK AVENUE, SUITE 302
ROSELAND, NJ 07068
(973) 618-4100
ATTORNEYS FOR DEFENDANT - AIM Healthcare Services, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
DOCUMENT ELECTRONICALLY FILED

| | |
|---|---|
| ALEXANDER BRAURMAN and OLGA BRAURMAN, individually and as Parents and Natural Guardians of M.B., a minor and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>AIM HEALTHCARE SERVICES, INC., a Tennessee Corporation, doing business as ORS; and JOHN AND JANE DOES NUMBERS 1 THROUGH 25,<br><br>Defendants | CASE NO.:   2:09-cv-06433-FSH-PS<br><br>Civil Action<br><br>**STIPULATION OF DISMISSAL** |

This matter, having been amicably adjusted between the parties, Plaintiffs, ALEXANDER BRAURMAN and OLGA BRAURMAN, individually and as Parents and Natural Guardians of M.B., a minor and on behalf of all others similarly situated, it is hereby stipulated that the claims in the above-captioned matter against AIM HEALTHCARE SERVICES, INC., a Tennessee Corporation, doing business as ORS, are dismissed with prejudice and without costs. The Court, however, retains jurisdiction to enforce the settlement and its terms, and the Parties submit to the jurisdiction of the Court for purposes of implementing and enforcing the Settlement.

MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN

_____
HILLARY A. FRAENKEL, ESQ.
On behalf of AIM HEALTHCARE SERVICES, INC.
Dated:
11/1034626.v1

PHILIP D. STERN & ASSOCIATES, LLC.

_____
PHILIP D. STERN, ESQ.
On behalf of PLAINTIFFS
Dated: 3/3/10